**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|   |   |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-8, ASSET-BACKED CERTIFICATES, SERIES 2005-8,<br><br>    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC,<br><br>    Defendant. | Case No. 2:15-cv-01664-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Lift Stay (ECF No. 23), filed on October 13, 2017. Defendant filed an Opposition (ECF No. 24) and Counter-Motion to Stay (ECF No. 25) on October 30, 2017. Plaintiff did not file a reply or opposition.

Plaintiff requests that the administrative stay imposed on November 22, 2016 be lifted because all appeals have been exhausted and the mandate has been issued in *Bourne Valley Court Trust v. Wells Fargo Bank*, 832 F.3d 1154 (9th Cir. 2016). Defendant opposes lifting the stay and instead countermoves to continue a complete stay of this case pending a decision on the Certified Question currently pending before the Nevada Supreme Court. Defendant argues that the decision on the Certified Question, which was presented by District Judge Boulware, will likely dispose of many or all of the issues in the instant case. *See The Bank of New York Mellon v. Star Hill Homeowners Association, et al.,* Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that continuing a complete stay in this case is appropriate and supported by good cause. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Lift Stay (ECF No. 23) is **denied**.

. . .

**IT IS FURTHER ORDERED** that Defendant's Counter-Motion to Stay (ECF No. 25) is **granted**. This matter is stayed pending the decision on the Certified Question pending before the Nevada Supreme Court. Once the decision is entered, any party may move to lift the stay.

DATED this 8th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge