| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>Christopher Alan James Swift, Esq.<br>Nevada Bar No. 11291<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>cswift@wrightlegal.net<br>*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2005-8, Asset-Backed Certificates, Series 2005-8* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TUST 2005-8, ASSET-BACKED CERTIFICATES, SERIES 2005-8, a California Company,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No.: 2:15-cv-01664-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2005-8, Asset-Backed Certificates, Series 2005-8 ("Deutsche Bank"), by and through its attorney of record, Christopher A. J. Swift, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant, SFR Investments Pool 1, LLC ("SFR")(collectively, the "Parties"), by and through its attorney of record, Diana S. Ebron, Esq. of the law firm Kim Gilbert Ebron, hereby stipulate and agree as follows:

WHEREAS SFR filed its Motion to Dismiss Complaint on April 30, 2019, 2019 [ECF No. 32].

WHEREAS the deadline for Deutsche Bank to file a response to SFR's Motion to Dismiss Complaint [ECF No. 32] is currently May 14, 2019.

THEREFORE, based on the foregoing,

IT IS SO STIPULATED AND AGREED that the deadline for Plaintiff to file its response to SFR's Motion to Dismiss Complaint [ECF No. 32] shall be extended to May 21, 2019.

Deutsche Bank requests additional time to fully address the arguments set forth in SFR's Motion. This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 14th day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christopher A. J. Swift, Esq.*
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2005-8, Asset-Backed Certificates, Series 2005-8*

DATED this 14th day of May, 2019.

KIM GILBERT EBRON

*/s/ Diana S. Ebron, Esq.*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

## **ORDER**

IT IS SO ORDERED.

Dated this 15th day of May, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE