WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net

*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2005-8, Asset-Backed Certificates, Series 2005-8*

**U.S. DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TUST 2005-8, ASSET-BACKED CERTIFICATES, SERIES 2005-8, a California Company,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No.:  2:15-cv-01664-RFB-GWF<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2005-8, Asset-Backed Certificates, Series 2005-8 (hereinafter referred to as "Plaintiff"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Chelsea A. Crowton, Esq., Dana Jonathon Nitz, Esq., and Edgar C. Smith, Esq., are no longer associated with Wright, Finlay & Zak, LLP.

/././

/././

/././

/././

Wright Finlay & Zak, LLP will continue to represent Plaintiff and requests that Michael S. Kelley, Esq. receives all future notices.

DATED this 12th day of May, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Michael S. Kelley, Esq.*
Robert A. Riether, Esq.
Nevada Bar No. 12076
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2005-8, Asset-Backed Certificates, Series 2005-8*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 13, 2020